UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM MYERS, by and through Laine Myers as Personal Representative and JACK MYERS,<br><br>    Plaintiffs,<br>  vs.<br><br>CHARLES E. KEM, Sheriff of Stillwater County, Montana; NANCY RHODE, Stillwater County Attorney; DAVID BRYAN ROE, Elite Bovine Veterinarian Service; and TRAVIS ELINGS, Montana Department of Livestock,<br><br>    Defendants. | Case No. CV-24-56-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.   A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of all defendants as stated in the Court's Orders (E.C.F. 33, 34, 35) filed on August 15, 2025.

Dated this 20th of August 2025.

TYLER P. GILMAN, CLERK
By: /s/ Emily M. Hamnes
Emily M. Hamnes, Deputy Clerk